# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Burrell v. Graf et al

Case Number: 1:25-cv-02238

An appearance is hereby filed by the undersigned as attorney for:

Cook County

Attorney name (type or print): Miguel E. Larios

Firm: Cook County State's Attorney's Office

Street address: 50 W Washington St, Fifth Floor

City/State/Zip: Chicago, Illinois 60602

Bar ID Number: 6301828
(See item 3 in instructions)

Telephone Number: 312-603-5527

Email Address: miguel.larios@cookcountysao.org

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you a member of the court's general bar? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ✔ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 14, 2025

Attorney signature: S/ Miguel E. Larios
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023