**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Frank Burrell

                Plaintiff,

v.                                           Case No.: 1:25−cv−02238
                                                   Honorable Sunil R. Harjani

Albert Graf, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 17, 2025:

      MINUTE entry before the Honorable Maria Valdez: The parties advise they cannot resolve their disputes with respect to confidentiality orders. Any such disputes must be presented through a properly supported motion. The Court will then set a briefing schedule and a hearing date if necessary. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.