# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Frank Burrell

                      Plaintiff,

v.                                         Case No.: 1:25−cv−02238

                                                             Honorable Sunil R. Harjani

Albert Graf, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 2, 2025:

       MINUTE entry before the Honorable Maria Valdez: The parties advise they continue to review discovery information in an effort to resolve the motion to bifurcate. They shall file a further report on the status of their discussions no later than 12/19/25. The case status report previously set for 12/5/25 is stricken. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.