IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK BURRELL, | ) | |
| | ) | Case No. 1:25-cv-2238 |
| *Plaintiff*, | ) | |
| | ) | Hon. Sunil R. Harjani |
| v. | ) | District Judge |
| | ) | |
| ALBERT GRAF, ET AL. | ) | Hon. Maria Valdez |
| | ) | Magistrate Judge |
| *Defendants*. | ) | |
| | ) | |
| | ) | |

**JOINT STATUS REPORT**

Plaintiff Frank Burrell and Defendants, the City of Chicago ("City") and Officers Graf, Murphy, Qualls, Groeller, Nolan, McNally, and Bonke ("Defendant Officers," and together with the City, the "City Defendants"), and Defendants Maria Kuriakos and Paul Karlovics ("ASA Defendants"), hereby submit a Joint Status Report pursuant to the Court's Order on December 19, 2025. Dkt. 130. In support, the parties state the following:

1. The City Defendants filed a motion to bifurcate Plaintiff's *Monell* claims on October 17, 2025, Dkt. 121, which Plaintiff opposed pursuant to the Court's scheduling order on November 3, 2025, Dkt. 124. In his opposition, however, Plaintiff noted that he is willing to confer further with the City about resolving the motion to bifurcate. Dkt. 124 at 13 (explaining that Plaintiff and the City will confer further about the City's proposed "Limited Consent to Judgment").

2. Plaintiff and the City have continued to confer about and attempt to resolve this issue, including asking the Court to stay briefing on the motion to bifurcate. Dkt. 125. The Court granted the motion and required the parties to file a joint status report by December 1, 2025, advising the Court on the status of these discussions. Dkt. 126.

1

3. On December 1, 2025, Plaintiff and the City Defendants advised the Court that the discussions about bifurcation were ongoing and that the resolution of this issue involves the production and review of discovery materials. Dkt. 127. As the parties explained, the City made one production of documents and expects to complete the relevant production of documents in a second production. Plaintiff will then review the second production, and the parties anticipate engaging in further discussions to resolve the motion to bifurcate. *Id.*

4. On December 2, 2025, the Court recognized that the parties "continue to review discovery information in an effort to resolve the motion to bifurcate." Dkt. 128. The Court asked the parties for another joint status report "no later than 12/19/25." *Id.*

5. On December 19, 2025, the parties updated the Court that the document review process remains ongoing and that the City was working to complete the second production, which would allow the parties to engage in further discussions in an effort to resolve the bifurcation issue. The parties agreed to a stay of *Monell* discovery during this process. The parties agreed—and the Court ordered—another update in January 2026.

6. Since the last update, the City completed its second production. Plaintiff is now in the process of reviewing those documents. Once that review is completed, the parties anticipate further discussions that will bring a resolution to the bifurcation issue.

7. In the meantime, the parties continue to make progress in discovery. The parties held another discovery meet-and-confer on January 6, 2026. The parties also continue to work through written discovery with the anticipation of starting depositions in early 2026.

8. As such, the parties request the Court to continue the stay of *Monell* discovery and for the parties to provide the Court with another update by February 27, 2026.

| | |
|---|---|
| January 20, 2026. | Respectfully submitted, |
| | **FRANK BURRELL** |
| | /s/ *Brian A. Morris* |
| | *Counsel for Plaintiff* |
| | Jon Loevy |
| | Brian Morris |
| | LOEVY & LOEVY |
| | 311 N Aberdeen Ave. |
| | Third Floor |
| | Chicago, IL 60607 |
| | (312) 243-5900 |
| | morris@loevy.com |

MARY B. RICHARDSON-LOWRY
Corporation Counsel of the City of Chicago

/s/ *Molly Thompson*
Special Assistant Corporation Counsel
Terrence M. Burns
Molly Thompson
Paul A. Michalik
Daniel M. Noland
Katherine C. Morrison
Daniel J. Burns
BURNS NOLAND LLP
311 S. Wacker Dr., Suite 5200
Chicago, IL 60606
*Attorneys for Defendant City of Chicago*

/s/ *Christiane Murray*
Special Assistant Corporation Counsel
Steven A. Borkan
Timothy P. Scahill
Whitney N. Hutchinson
Christiane E. Murray
Molly Boekeloo
Drew Wycoff
BORKAN & SCAHILL, LTD.
20 South Clark Street
Suite 1700
Chicago, IL 60603
*Attorney for Defendant Officers*

Robert Shannon
Anshuman Vaidya
Danielle Mikhail
Hinshaw & Culbertson LLP
151 North Franklin St., Suite 2005
Chicago, Illinois 60606
rshannon@hinshawlaw.com
avaidya@hinshawlaw.com
dmikhail@hinshawlaw.com